**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:   (559) 513-8530

Attorney for Defendant, MICHAEL WILSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL WILSON,<br><br>  Defendant. | CASE NO.  6:18-po-0702-JDP<br><br>**STIPULATION TO CONTINUE THE STATUS CONFERENCE OF DEFENDANT MICHAEL WILSON FROM FEBRUARY 5, 2019 TO FEBRUARY 26, 2019 at 10:00 AM; ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the Defendant, MICHAEL WILSON, his attorney of record, CAROL ANN MOSES, and the legal officer for the government SUSAN ST. VINCENT, that the Status Conference in the above-captioned matter currently scheduled for February 5, 2019 at 10:00 AM be continued until February 26, 2019 at 10:00 AM.

Defendant is concerned about the weather and the current road condition in the park. Mr. Wilson does not have 4 wheel drive, show tires, or tire chains which makes traveling in the current weather conditions extremely difficult and dangerous for the defendant. Continuing the Status Conference would allow for Mr. Wilson to travel safely.

Yosemite Legal Officer Susan St. Vincent does not oppose this request for a continued Status Conference for Mr. Wilson.

Defense Counsel respectfully requests that the Court grant the Stipulation and Proposed Order to Continue the Status Conference to February 26, 2019 at 10:00 AM.

Dated: February 4, 2019　　　　　　　　　/s/ Carol Ann Moses
　　　　　　　　　　　　　　　　　　　　CAROL ANN MOSES
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　　　BRIAN REED


Dated: February 4, 2019　　　　　　　　　/s/ Susan St. Vincent
　　　　　　　　　　　　　　　　　　　　SUSAN ST. VINCENT
　　　　　　　　　　　　　　　　　　　　Yosemite Legal Officer

## ORDER

The court, having reviewed the above request **HEREBY ORDERS AS FOLLOWS:**

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the February 5, 2019 status conference for Michael Wilson, Case 6:18-po-0702-JDP, is continued to February 26, 2019 at 10:00 AM.

IT IS SO ORDERED.

Dated:　　February 6, 2019　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE