| | |
|---|---|
| 1 | **CAROL ANN MOSES  #164193** |
|   | Attorney at Law |
| 2 | 7636 N. Ingram Ave., #104 |
|   | Fresno, California  93711 |
| 3 | Telephone:  (559) 449-9069 |
|   | Facsimile:    (559) 513-8530 |
| 4 | carol@yosemitelawyer.com |
| 5 | Attorney for Defendant, |
| 6 | MICHAEL K. WILSON |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 6:18-po-00702-JDP |
| | ) | |
| Plaintiff, | ) | STIPULATION TO VACATE REVIEW |
| | ) | HEARING AND TERMINATE |
| | ) | PROBATION PURSUANT TO 18 U.S.C. |
| vs. | ) | § 3564(c) AND [PROPOSED] ORDER |
| | ) | |
| MICHAEL K. WILSON, | ) | |
| | ) | Date: January 28, 2020 |
| | ) | Time: 10:00 AM |
| Defendant. | ) | Judge: Hon. Jeremy D. Peterson |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Defendant, MICHAEL K. WILSON, his attorney of record, CAROL ANN MOSES, and Legal Officer for the National Park Service, SUSAN ST. VINCENT, that the Review Hearing in the above captioned matter currently scheduled for January 28, 2020, be vacated.

On February 26, 2019, Mr. Wilson pleaded guilty to one count of 36 C.F.R. § 2.35(b)(2) – Possession of a controlled substance (marijuana). The Court ordered Mr. Wilson to twelve months of unsupervised probation, with the conditions that he obey all laws. He was also ordered to pay a $10.00 special assessment fee, a $30.00 processing fee, and a $460.00 fine totaling a $500.00 financial obligation.

Mr. Wilson has paid his $500.00 financial obligation in full. Mr. Wilson is currently in compliance with all conditions of his probation and he hereby requests that the Review Hearing in

the above captioned matter currently scheduled for January 28, 2020 be vacated.

Additionally, pursuant to 18 U.S.C. § 3564(c), Mr. Wilson moves to terminate his probation early because the he has satisfied all conditions of probation. Presently, the Defendant's probation is set to expire on February 26, 2020.

The parties stipulate that the Defendant has completed all of his sentencing obligations by paying his fine and obeying all laws.

Dated: January 14, 2020  /s/ Carol Ann Moses  
CAROL ANN MOSES  
Attorney for Defendant,  
MICHAEL K. WILSON

Date: January 14, 2020  /s/ Susan St. Vincent  
SUSAN ST. VINCENT  
Legal Officer  
The National Park Service

ORDER

The court accepts the above proposed order and adopts its terms as the order of this court in case no. 6:18-po-00702-JDP. Accordingly,

1. the review hearing for MICHAEL K. WILSON currently scheduled for January 28, 2020, at 10:00 a.m. is vacated, and
2. MICHAEL K. WILSON, under 18 U.S.C. § 3564(c), shall be discharged early from his probationary term which is set to expire on February 26, 2020.

IT IS SO ORDERED.

Dated: January 16, 2020

_____
UNITED STATES MAGISTRATE JUDGE